IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CINDY D. BARKES                                                                                      PLAINTIFF

Case No. 3:17-CV-3050

NANCY A. BERRYHILL, [1] Acting Commissioner,
Social Security Administration                                                                DEFENDANT

## **JUDGMENT**

On July 10, 2017, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security denying her application for disability benefits under the provisions of the Social Security Act. (Doc. 1). On November 21, 2017, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 10). Defendant has not filed an objection.

Based on the foregoing, the Court hereby grants Plaintiff's motion and dismisses Plaintiff's case with prejudice.

IT IS SO ORDERED this 4th day of December 2017.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, has been appointed to serve as acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.